IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CB AVIATION, LLC,<br><br>    **Plaintiff,**<br><br>    v.<br><br>HAWKER BEECHCRAFT CORP.,<br><br>    **Defendant.** | :<br>:  CIVIL ACTION<br>:<br>:<br>:<br>:  NO. 2:10-cv-1411-JD<br>:<br>:<br>: |

## **O R D E R**

**AND NOW**, this 8th day of November, 2011, upon consideration of the Motion of Hawker Beechcraft Corporation to Preclude the Valuation Testimony of Plaintiff's Expert, Dennis Blackburn (Document No. 36, filed September 2, 2011), and CB Aviation, LLC's Response in Opposition to Defendant's Motion to Preclude the Valuation Testimony of Plaintiff's Expert, Dennis Blackburn (Document No. 39, filed September 16, 2011), for the reasons set forth in the Memorandum dated November 8, 2011, **IT IS ORDERED** that the Motion of Hawker Beechcraft Corporation to Preclude the Valuation Testimony of Plaintiff's Expert, Dennis Blackburn is **DENIED**.

                                                                                       **BY THE COURT:**

                                                                                ____/s Jan. E. DuBois_____

                                                                                 **JAN E. DUBOIS, J.**